# EXHIBIT A

## FRANK DUNGEY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| Capitol Records, Inc. | Robbie Williams | Angels | The Ego Has Landed | 174-566 |
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| Arista Records LLC | Kenny G | In A Sentimental Mood | Classics In The Key Of G | 289-898 |
| BMG Music | Kenny Chesney | What I Need To Do | Everywhere We Go | 263-302 |
| BMG Music | Andy Griggs | You Won't Ever Be Lonely | You Won' t Ever Be Lonely | 264-271 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |