Dungey.Frank - userlog - 88937823.txt
Log for User at address 68.9.152.233:6348 generated on 9/9/2005 11:40:30 AM EDT (-0400 GMT)
Total Files: 351
------------------------------
Total Audio Files: 328
Total Video Files: 2
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 21
Total Distinct Matches: 10

FileName: (Faith Hill & Tim McGraw) - Let's make love - VSN.mpeg (44,077,532 bytes)
FileName: 112 - Cupid.mp3 (4,066,045 bytes)
FileName: 112 - Dance With Me.mp3 (3,684,728 bytes)
FileName: 112 - Peaches and Cream.mp3 (3,094,691 bytes)
FileName: Alicia Keys - If I Ain't Got You.mp3 (5,490,856 bytes)
FileName: Alicia Keys Feat. Usher- If I ain't got you duet.mp3 (4,946,186 bytes)
FileName: Andy Griggs - Shes More.mp3 (3,195,264 bytes)
FileName: Andy Griggs - Tonight I Wanna Be Your Man.mp3 (2,887,220 bytes)
FileName: Andy Griggs - You Won't Ever Be Lonely.mp3 (3,402,300 bytes)
FileName: Andy Griggs-She Thinks She Needs Me.mp3 (4,764,256 bytes)
FileName: Avant - I Can Read Your Mind .mp3 (3,808,112 bytes)
FileName: Avant - Making Good Love.mp3 (2,148,352 bytes)
FileName: Avant - Seperated.mp3 (4,079,616 bytes)
FileName: Avant- i wanna be close to you.mp3 (5,495,872 bytes)
FileName: Beyonce - Naughty Girl.mp3 (5,012,096 bytes)
FileName: Brad Paisley - I Wish You'd Stay.mp3 (6,047,744 bytes)
FileName: Brad Paisley - Lttle Moments.mp3 (5,269,089 bytes)
FileName: Brad Paisley - We Danced.mp3 (3,622,590 bytes)
FileName: Brad Paisley and Allison Kraus - Whisky Lullaby.mp3 (5,198,154 bytes)
FileName: Colin Raye - Butterfly Kiss.mp3 (6,820,117 bytes)
FileName: Colin Raye - If You Get There Before I Do.mp3 (3,739,648 bytes)
FileName: Colin Raye - In This Life I Was Loved By You.mp3 (3,081,277 bytes)
FileName: Colin Raye - Love, Me.MP3 (3,717,415 bytes)
FileName: Colin Raye - That Was A River.mp3 (3,063,936 bytes)
FileName: Colin Raye- One boy, one girl.mp3 (3,914,572 bytes)
FileName: Crank Yankers - Retard Calls Walmart (SPECIAL ED).mp3 (2,014,023 bytes)
FileName: Crank Yankers - Special Ed - Do You Know That Song.mp3 (4,211,275 bytes)
FileName: Crank Yankers - Special Ed - I Got Mail.mp3 (2,635,483 bytes)
FileName: Crank Yankers - Special Ed - Lemonade Stand.mp3 (2,731,920 bytes)
FileName: Crank Yankers - Special Ed Books A Trip _.mp3 (1,116,160 bytes)
FileName: Crank Yankers - Special Ed Calls A Movie Theater.mp3 (2,573,096 bytes)
FileName: Daryl Worley - I Miss My Friend.mp3 (3,398,094 bytes)
FileName: Dixie Chicks - Cowboy Take Me Away.mp3 (5,826,602 bytes)
FileName: Dixie Chicks - Sometimes I wake up Crying.mp3 (3,510,528 bytes)
FileName: Dixie Chicks - Traveling Soldiers.mp3 (5,500,011 bytes)
FileName: Fabolous feat Tamia-So Into You.MP3 (6,588,166 bytes)
FileName: Faith Hill & Tim McGraw - Just To Hear You Say That You Love Me - Country - 90's.mp3 (4,294,240 bytes)
FileName: Gary Allen - Man To Man.mp3 (3,542,708 bytes)
FileName: Gary Allen - THE ONE.mp3 (4,095,292 bytes)
FileName: George Strait - Check Yes Or No.mp3 (3,176,802 bytes)
FileName: George Strait - Cowboys Like Us .MP3 (5,262,794 bytes)
FileName: George Strait - I Hate Everyhting.mp3 (3,804,769 bytes)
FileName: George Strait - Living and Living well.mp3 (3,495,479 bytes)
FileName: George Strait - She'll Leave You With A Smile.mp3 (3,601,612 bytes)
FileName: George Strait - Tell Me Something Bad About Tulsa.mp3 (3,229,699 bytes)
FileName: George Strait - The Man In Love With You.mp3 (3,260,167 bytes)
FileName: George Strait - You Look So Good In Love(1).mp3 (3,056,117 bytes)
FileName: George Strait -- Carrying Your Love With Me.mp3 (3,170,304 bytes)
FileName: George Strait- Run.mp3 (4,972,174 bytes)

FileName: Gretchen Wilson - Red Neck Woman.mp3 (7,060,431 bytes)
FileName: Gretchen Wilson - When I Think About Cheatin'.mp3 (6,009,628 bytes)
FileName: Jim Brickman - Christmas shoes.mp3 (4,661,091 bytes)
FileName: Joe - I Wanna Know.mp3 (5,970,472 bytes)
FileName: Julie Roberts- Breakdown Here.mp3 (4,895,908 bytes)
FileName: Keith Urban - i wanna be Your Everything.mp3 (3,027,521 bytes)
FileName: Keith Urban - Rainin On Sunday.mp3 (6,875,136 bytes)
FileName: Keith Urban - Somebody Like You.mp3 (3,740,863 bytes)
FileName: Kellie Coffey - When You Lie Next To Me.mp3 (3,856,926 bytes)
FileName: Kenney Chesney - Just Don't Happen Twice.mp3 (3,250,176 bytes)
FileName: Kenney Chesney - the good stuff.mp3 (6,417,849 bytes)
FileName: Kenney Chesney - There Goes My Life.mp3 (9,857,290 bytes)
FileName: Kenney Chesney - You Had Me From Hello.mp3 (3,658,094 bytes)
FileName: Kenney Chesney ft. Uncle Kracker - When The Sun Goes Down.mp3 (6,979,618 bytes)
FileName: Leanne Rimes - How Do I Live Without You .mp3 (4,288,679 bytes)
FileName: Leanne Rimes - I Need You.mp3 (3,663,872 bytes)
FileName: Lil Jon & The Eastside Boyz - Get Low (ft. Ying Yang Twins).mp3 (8,746,778 bytes)
FileName: Lil' Flip feat. Leah - Sunshine.mp3 (5,439,488 bytes)
FileName: Lionel Richie - Angel.mp3 (3,591,489 bytes)
FileName: Lionel Richie - Just For You.mp3 (6,064,377 bytes)
FileName: Lloyd Banks - Southside ft. Ashanti.mp3 (6,757,210 bytes)
FileName: Ludacris - In Da Club Remix.mp3 (5,976,354 bytes)
FileName: Luther Vandross - Always And Forever.mp3 (4,698,488 bytes)
FileName: Luther Vandross - Dance With My Father.mp3 (6,285,444 bytes)
FileName: Luther Vandross - Here and Now(1).mp3 (5,176,883 bytes)
FileName: Luther Vandross f. Mariah Carey - Endless Love.mp3 (3,649,621 bytes)
FileName: Mario - Let Me Love You.mp3 (5,919,056 bytes)
FileName: Martina Mcbride & Jim Brickman - My Valentine.mp3 (2,692,608 bytes)
FileName: Martina McBride - Concrete Angel.mp3 (4,052,992 bytes)
FileName: Martina McBride - Where Would You Be.mp3 (4,390,912 bytes)
FileName: Nelly - 09 - Suit - Over and Over (ft. Tim Mcgraw).mp3 (6,217,983 bytes)
FileName: Nelly - Flap Your Wings.mp3 (3,785,456 bytes)
FileName: Nelly - Ride With Me.mp3 (4,668,238 bytes)
FileName: Nelly feat Jaheim - My Place.mp3 (5,409,062 bytes)
FileName: Nelly---Shake Your Tailfeather (ft. P. Diddy & Murphy Lee)(1).mp3 (9,481,822 bytes)
FileName: Notorious BIG - Juicy.mp3 (4,843,311 bytes)
FileName: Notorious Big and 112 - Only You.mp3 (4,599,936 bytes)
FileName: Petey Pablo ft. Ciara - Goodies.mp3 (5,739,699 bytes)
FileName: PeteyPablo freek-a-leek(dirty).mp3 (5,570,184 bytes)
FileName: R Kelly & Jay-Z - Unfinished Business - 07 - Mo Money featuring Twista.mp3 (5,854,849 bytes)
FileName: Rascal Flats - I Melt.mp3 (5,628,925 bytes)
FileName: Rascal Flats - I'm Moving On.mp3 (2,940,928 bytes)
FileName: Rebecca Lynn Howard - Forgive.mp3 (3,817,307 bytes)
FileName: Robbie Williams - Angels.mp3 (4,238,234 bytes)
FileName: Shedaisy - Come Home Soon.mp3.mp3 (4,953,237 bytes)
FileName: Silky Fine - Its Like Romeo & Juliet.mp3 (4,384,466 bytes)
FileName: Tequila ( twista kanye west snoop ludacris jayz cassidy r kelly wu tang redman eminem nate dogg 50 cent g unit b2k beyonce britney spears christina aguilera missy elliott outka.mp3 (2,583,116 bytes)
FileName: Tim Mcgraw & Faith Hill - Angry All The Time.mp3 (4,326,433 bytes)
FileName: Tim McGraw & Faith Hill - Lets Make Love.mp3 (4,031,216 bytes)
FileName: Tim Mcgraw - Dont take the girl.mp3 (2,998,462 bytes)
FileName: Tim McGraw - Good Morning Beautiful.mp3 (3,379,200 bytes)
FileName: Tim McGraw - Live Like You Were Dying.mp3 (7,852,263 bytes)
FileName: Tim Mcgraw - My Best Friend.mp3 (4,477,735 bytes)
FileName: Tim Mcgraw - One of These Days.mp3 (4,520,053 bytes)
FileName: Tim Mcgraw - Please Remember Me.mp3 (4,717,173 bytes)
FileName: Tim McGraw - She's My Kind of Rain.mp3 (4,098,176 bytes)
FileName: Tim Mcgraw and Faith Hill - It's Your Love.mp3 (3,605,443 bytes)

Dungey.Frank - userlog - 88937823.txt
FileName: Tim Mcgraw and Faith Hill - It's Your Love.mpg (50,647,044 bytes)
FileName: Tim Mcgraw The cowboy in me.mp3 (3,916,833 bytes)
FileName: Trace Atkins - Then they do.MP3 (4,133,914 bytes)
FileName: Travis Tritt - Can I Trust You With My Heart.mp3 (3,428,459 bytes)
FileName: Travis Tritt - Help Me Hold On.mp3 (3,856,453 bytes)
FileName: Travis Tritt - I Don't Love You Anymore.mp3 (3,641,344 bytes)
FileName: Travis Tritt - I Love You More Than You'll Ever Know.mp3 (3,261,960 bytes)
FileName: Travis Tritt - If I Lost You.mp3 (3,637,032 bytes)
FileName: Travis Tritt - She Don't Know She's Beautiful .mp3 (2,782,053 bytes)
FileName: Travis Tritt - Strong Enough To Be Your Man 3.mp3 (7,299,743 bytes)
FileName: Usher - Nice and Slow.mp3 (3,645,022 bytes)
FileName: Usher feat Alicia Keys - My Boo.mp3 (5,071,307 bytes)
FileName: Usher ft. Lil Jon & Ludacris - Yeah.mp3 (5,974,629 bytes)
FileName: Ying Yang Twins - Boom(It's On)(1).MP3 (10,397,909 bytes)
FileName: 01 Old Blue Chair.wma (4,927,239 bytes)
FileName: 02 Be as You Are.wma (6,260,515 bytes)
FileName: 02 Days of Wine and Roses.mp3 (8,900,660 bytes)
FileName: 03 Autumn Leaves.m4a (3,921,871 bytes)
FileName: 03 Guitars and Tiki Bars.wma (6,672,171 bytes)
FileName: 03 Pachelbel Canon.wma (10,053,320 bytes)
FileName: 04 Island Boy.wma (3,812,601 bytes)
FileName: 04 The Lord's Prayer.m4a (2,877,529 bytes)
FileName: 07 Someone to Watch Over Me Art Tatum Piano Starts Here Jazz 192016.wma (5,049,685 bytes)
FileName: 07 Something Sexy About the Rain.wma (5,232,789 bytes)
FileName: 10 Sherry's Living in Paradise.wma (3,230,375 bytes)
FileName: 11 Magic.wma (4,527,087 bytes)
FileName: 112 - Its Over Now.mp3 (3,917,113 bytes)
FileName: 112 - you already know.mp3 (4,800,226 bytes)
FileName: 12 Soul of a Sailor.wma (4,096,895 bytes)
FileName: 13 That's All.m4a (3,885,992 bytes)
FileName: 1975-Jim Croce-Time In A Bottle-[Original Oldies 60's & 70's].mp3 (1,717,808 bytes)
FileName: 2-10 The Second Time Around 2.m4a (2,931,182 bytes)
FileName: 50 Cent - The Massacre - 14 - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: Acker Bilk - Strangers on the Shore.mp3 (4,261,435 bytes)
FileName: Al Martino - Daddy's Little Girl.mp3 (2,447,360 bytes)
FileName: All DIVX and CODECS for Windows Media Player (Will play ALL movies).zip (5,291,382 bytes)
FileName: All the leaves remix.mp3 (4,639,892 bytes)
FileName: American Idol - Bo Bice - I'll Be.mp3 (1,734,656 bytes)
FileName: Amerie ft. FAbolous - One Thing Remix.mp3 (5,553,645 bytes)
FileName: Andy Williams - Days of wine and roses.mp3 (2,690,071 bytes)
FileName: Autumn Leaves by Acker Bilk.mp3 (2,683,467 bytes)
FileName: Avril Lavigne - Fall To Peices.mp3 (5,012,003 bytes)
FileName: Axel F - Crazy Frog remix.mp3 (1,371,994 bytes)
FileName: Bach - Pachelbel's Canon in D major (best version).mp3 (5,943,296 bytes)
FileName: Barbara Streisand - Evergreen.mp3 (2,934,940 bytes)
FileName: Barbara Streisand - The Way We Were.mp3 (3,332,336 bytes)
FileName: Beatles - With A Little Help From My Friends.mp3 (2,624,911 bytes)
FileName: Beautiful Mind - All Love Can Be Featuring Charlotte Church.mp3 (3,211,264 bytes)
FileName: Ben Harper & Jack Johnson - High Tide or Low Tide.mp3 (5,409,612 bytes)
FileName: Bette Midler - Do You Wanna Dance.mp3 (3,289,339 bytes)
FileName: billy joel - new york state of mind.mp3 (5,805,497 bytes)
FileName: Bo Bice - In A Dream.mp3 (2,269,563 bytes)
FileName: Bo Bice_Don't Let The Sun Go Down On Me.mp3 (2,004,992 bytes)
FileName: Bo Bice_I Don't Wanna Be.mp3 (2,004,992 bytes)
FileName: Bo Bice_I Want To Be Inside Your Heaven.mp3 (2,633,728 bytes)
FileName: Bo Bice_Time In a Bottle.mp3 (1,482,752 bytes)
FileName: Bo Bice_Vehicle.mp3 (1,671,168 bytes)
FileName: Bobby Valentino - Slow Down.mp3 (4,546,977 bytes)
FileName: Brad Paisley - Alcohol.mp3 (3,994,898 bytes)

FileName: Bryan Adams - Open Road.mp3 (4,633,703 bytes)
FileName: Canon in D for Strings and Continuo --Pachelbel.mp3 (5,943,296 bytes)
FileName: Charlotte Church & Enya - The Water Is Wide.mp3 (7,524,458 bytes)
FileName: Classical Piano - Beethoven - Moonlight Sonata.mp3 (5,858,352 bytes)
FileName: Classics In The Key Of G - Louis Armstrong with Kenny G - 3 - What A Wonderful World.mp3 (3,239,085 bytes)
FileName: Classics In The Key Of G - What A Wonderful World.mp3 (3,143,461 bytes)
FileName: Crazy Frog - Axel f.mp3 (4,043,284 bytes)
FileName: Dane Cook - Kool-aid Man.mp3 (1,945,600 bytes)
FileName: Dane Cook - Pepsi Vs Coke.mp3 (881,024 bytes)
FileName: Dean Martin - Daddy's Little Girl.mp3 (2,443,264 bytes)
FileName: Diana Krall w Cassandra Wilson - Days of Wine and Roses(1).mp3 (4,586,799 bytes)
FileName: DJ$crilla - Alpha Chi Omega.mp3 (5,048,386 bytes)
FileName: Duke Ellington & John Coltrane - In a Sentimental Mood.mp3 (4,106,866 bytes)
FileName: Earl Klugh-Autumn leaves(Solo Guitar).mp3 (4,910,184 bytes)
FileName: Ed Ames - Try To Remember.mp3 (3,898,056 bytes)
FileName: Elvis Presley - Memories.mp3 (3,149,824 bytes)
FileName: Eminem - Mosh.mov (48,995,723 bytes)
FileName: Eminem-Mosh.mpeg (55,406,484 bytes)
FileName: Enya - Sail Away.mp3 (3,619,944 bytes)
FileName: Eva Cassidy - Autumn Leaves.mp3 (4,517,848 bytes)
FileName: Eva Cassidy - Someone To Watch Over Me.mp3 (2,843,066 bytes)
FileName: Faith Hill - i hope you dance.mp3 (4,741,456 bytes)
FileName: Fat Joe - So Much More (Dirty).mp3 (4,996,218 bytes)
FileName: Feelings - Albert, Morris.mp3 (3,590,203 bytes)
FileName: Frank Sinatra - Days Of Wine And Roses.mp3 (2,210,134 bytes)
FileName: Frank Sinatra - I Did It My Way.mp3 (4,442,198 bytes)
FileName: frank sinatra - the shadow of your smile.mp3 (2,439,168 bytes)
FileName: gavin degraw - chariot.mp3 (3,901,275 bytes)
FileName: Gavin DeGraw - I Don't Want To Be.mp3 (5,340,098 bytes)
FileName: gigant.tsunami.tidal.waves.in asia.recorded.on.koh.lanta.thailand.by.a.danish.guy.WMV (4,996,806 bytes)
FileName: Gladys Knight & The Pips - Memories(1).mp3 (5,937,948 bytes)
FileName: Gladys Knight & The Pips - Memories.mp3 (5,942,044 bytes)
FileName: Greatest Hits - The Best of Henry Mancini - 12 - Days Of Wine And Roses - Henry Mancini.mp3 (2,750,335 bytes)
FileName: Greatest Hits - The Best of Henry Mancini - Henry Mancini - 12 - Days Of Wine And Roses.mp3 (2,570,558 bytes)
FileName: Gretchen Wilson - Homewrecker.mp3 (4,970,639 bytes)
FileName: gretchen wilson- im here for the party.mp3 (4,761,895 bytes)
FileName: Gretchin Wilson - Red Neck Woman.mp3 (3,073,339 bytes)
FileName: Harry Connick, Jr. - Someone To Watch Over Me.mp3 (3,143,808 bytes)
FileName: Henry Mancini & His Orchestra And Chorus Midnight, Moonlight & Magic The Very Best of Henry Mancini 7 The Days of Wine and Roses.mp3 (1,190,095 bytes)
FileName: Henry Mancini - Casablanca - As Time Goes By.mp3 (2,262,413 bytes)
FileName: Henry Mancini - Cinema Italiano - Music of Ennio Morricone and Nino Rota - 15 - Nino Rota - The Godfather Waltz.mp3 (3,856,248 bytes)
FileName: Henry Mancini - Days Of Wine And Roses.mp3 (2,867,233 bytes)
FileName: Henry Mancini - Moon River 1961.mp3 (3,275,066 bytes)
FileName: Henry Mancini - Moon River.mp3 (2,643,968 bytes)
FileName: Henry Mancini - The Days Of Wine And Roses.mp3 (4,261,888 bytes)
FileName: Henry Mancini Days Of Wine And Roses.mp3 (1,506,908 bytes)
FileName: Instrumental - Moon River (Henry Mancini - Breakfast at Tiffany's).mp3 (3,270,970 bytes)
FileName: Jack Johnson - My Guru.mp3 (5,005,643 bytes)
FileName: Jack Johnson - Ballad for my One True Love.mp3 (4,354,426 bytes)
FileName: Jack Johnson - banana pancakes.mp3 (4,488,783 bytes)
FileName: Jack Johnson - Belle.mp3 (2,602,843 bytes)
FileName: Jack Johnson - Better Together.mp3 (5,030,914 bytes)
FileName: Jack Johnson - Breakdown.mp3 (5,188,581 bytes)
FileName: Jack Johnson - BubbleToes.mp3 (3,790,053 bytes)

FileName: Jack Johnson - Constellations.mp3 (3,229,824 bytes)
FileName: jack johnson - cookie jar.mp3 (3,259,245 bytes)
FileName: Jack Johnson - Do You Remember.mp3 (3,323,710 bytes)
FileName: Jack Johnson - Flake.mp3 (4,493,111 bytes)
FileName: Jack Johnson - Fortunate Fool.mp3 (3,660,529 bytes)
FileName: Jack Johnson - ft. ben harper - you.mp3 (3,375,232 bytes)
FileName: Jack Johnson - Gone, Gone, Gone.mp3 (4,268,736 bytes)
FileName: Jack Johnson - Good people.mp3 (5,169,887 bytes)
FileName: Jack Johnson - If i could.mp3 (3,534,267 bytes)
FileName: Jack Johnson - Middle Man.mp3 (3,133,568 bytes)
FileName: Jack Johnson - No other Way.mp3 (4,606,299 bytes)
FileName: Jack Johnson - Posters.mp3 (3,074,925 bytes)
FileName: Jack Johnson - Relate To Me.mp3 (2,266,093 bytes)
FileName: Jack Johnson - Sexi Plexi.mp3 (2,041,352 bytes)
FileName: Jack Johnson - She's Only Happy In The Sun.mp3 (5,390,025 bytes)
FileName: Jack Johnson - Sitting, Waiting, Wishing.mp3 (2,856,717 bytes)
FileName: Jack Johnson - Situations.mp3 (2,260,623 bytes)
FileName: Jack Johnson - Staple It Together.mp3 (5,112,399 bytes)
FileName: Jack Johnson - Stars In Heaven.mp3 (2,365,440 bytes)
FileName: Jack Johnson - The News.mp3 (2,336,852 bytes)
FileName: Jack Johnson - Times Like These.mp3 (2,125,740 bytes)
FileName: Jack Johnson - Walk Alone.mp3 (2,378,238 bytes)
FileName: jada kiss - the best of d-block - fuck 50 cent (50 cent diss).mp3 (1,892,187 bytes)
FileName: Jay Z - encore.mp3 (6,025,062 bytes)
FileName: jay-z & linkin park - encore (numb remix).mp3 (3,254,272 bytes)
FileName: Jean Louisa Kelly - Someone to Watch Over Me [Mr. Holland's Opus Soundtrack].mp3 (3,078,144 bytes)
FileName: Johann Pachelbel - Canon in D Minor (Violin).MP3 (6,160,966 bytes)
FileName: John Michael Montgomery - Letters From Home.mp3 (6,467,712 bytes)
FileName: Josh Groban - Requiem (with Charlotte Church & Sarah Brightman).mp3 (3,795,328 bytes)
FileName: Joshua Kadison - Beautiful In My Eyes.mp3 (3,982,767 bytes)
FileName: Kenny Chensey & Uncle Kracker - When the Sun Goes Down.mp3 (7,724,602 bytes)
FileName: Kenny Chesney - Anything But Mine.mp3 (7,819,068 bytes)
FileName: Kenny Chesney - The Woman With You.mp3 (6,525,694 bytes)
FileName: Kenny Chesney - Be As You Are - 08 - French Kissing Life(1).mp3 (5,935,420 bytes)
FileName: Kenny Chesney - Being Drunk's A Lot Like Loving You.mp3 (5,132,653 bytes)
FileName: Kenny Chesney - Boston.mp3 (4,114,432 bytes)
FileName: Kenny Chesney - Keg In The Closet.mp3 (5,104,423 bytes)
FileName: Kenny Chesney - Key Lime Pie.mp3 (4,499,456 bytes)
FileName: kenny chesney - Live Those Songs.mp3 (3,694,299 bytes)
FileName: Kenny Chesney - Me and You .mp3 (4,401,590 bytes)
FileName: Kenny Chesney - Outta Here.mp3 (4,027,962 bytes)
FileName: Kenny Chesney - Please Come to Boston - When the sun goes down - 14.mp3 (4,346,740 bytes)
FileName: Kenny Chesney - Some People Change.mp3 (4,982,171 bytes)
FileName: Kenny Chesney - Somewhere in the Sun.mp3 (4,573,184 bytes)
FileName: Kenny Chesney - There Goes My Life.mp3 (9,856,522 bytes)
FileName: Kenny Chesney - There's Something Sexy About Rain.mp3 (7,788,717 bytes)
FileName: Kenny Chesney - What I Need To Do.mp3 (3,901,089 bytes)
FileName: Kenny Chesney - When I Think About Leaving.mp3 (6,708,772 bytes)
FileName: Kenny Chesney - You Had Me From Hello.mp3 (6,464,749 bytes)
FileName: Kenny Chesney -I Go Back.mp3 (5,854,234 bytes)
FileName: Kenny Chesney- Old Blue chair(acoustic).mp3 (4,948,005 bytes)
FileName: Kenny G - In a sentimental mood.mp3 (4,726,784 bytes)
FileName: Kenny Rogers - Through The Years.mp3 (4,216,832 bytes)
FileName: Lil Scrappy & Trillville - Some Cut.mp3 (6,804,146 bytes)
FileName: Linda Eder & Michael Feinstein - Someone To Watch Over Me.mp3 (2,023,050 bytes)
FileName: Lionel Richie & Dianna Ross - Endless Love.mp3 (4,257,920 bytes)

FileName: Lionel Richie - Stuck On You.mp3 (3,115,918 bytes)
FileName: Lionel Ritchie & Diana Ross - Endless Love.mp3 (8,586,681 bytes)
FileName: Louis Armstrong with Kenny G - What A Wonderful World.mp3 (3,067,211 bytes)
FileName: Louis Armstrong with Kenny G What A Wonderful World.mp3 (4,091,525 bytes)
FileName: ludacris-number_one_spot.mp3 (6,318,860 bytes)
FileName: Mantovani Orchestra - Sunrise, Sunset.mp3 (4,882,432 bytes)
FileName: Marc Cohn - True Companion.mp3 (3,986,192 bytes)
FileName: Mario - How Could You.MP3 (5,665,773 bytes)
FileName: Maroon Five - Sunday Morning.mp3 (4,022,272 bytes)
FileName: Mary Chapin Carpenter - Grow Old With Me.mp3 (3,235,489 bytes)
FileName: Michael Buble - Home.mp3 (3,568,952 bytes)
FileName: Michael Buble - That's All.mp3 (5,759,521 bytes)
FileName: Miles Davis & John Coltrane - Autumn Leaves.mp3 (10,536,461 bytes)
FileName: Nelly-ErrTime.mp3 (10,009,032 bytes)
FileName: Nickelback - This Is How You Remind Me.mp3 (3,655,471 bytes)
FileName: Niel Diamond- Sweet Caroline.mp3 (3,265,933 bytes)
FileName: Oasis - Champagne Supernova.mp3 (7,166,790 bytes)
FileName: Oasis - Don't Look Back In Anger.mp3 (4,608,000 bytes)
FileName: Oasis - Lyla.mp3 (7,243,904 bytes)
FileName: Oasis - Morning Glory.mp3 (4,852,634 bytes)
FileName: Oasis - Stand By Me.mp3 (5,707,198 bytes)
FileName: Oasis - Supersonic.mp3 (4,538,746 bytes)
FileName: Oasis - Wonderwall.mp3 (4,140,013 bytes)
FileName: Pachelbel - Canon in D Minor Violin.MP3 (6,164,806 bytes)
FileName: Pachelbel - Canon in D.mp3 (4,648,542 bytes)
FileName: Pachelbel Canon in D Major.MP3 (3,034,751 bytes)
FileName: Pachelbel Canon, Baroque F - Pachelbel, Handel, Telemann, Bach, Vivaldi - Quantz- Concerto in D major No. 116 (Arioso).mp3 (9,199,773 bytes)
FileName: Pachelbel, Johann - San Francisco String Quartet - Canon in D Major.mp3 (7,028,736 bytes)
FileName: Papa Roach - Scars.mp3 (5,503,069 bytes)
FileName: Paul Anka - The Times Of Your Life.mp3 (3,106,400 bytes)
FileName: Percy Faith - Autumn Leaves.mp3 (3,238,057 bytes)
FileName: Perry Como - And I Love You So.mp3 (3,156,096 bytes)
FileName: Perry Como - Sunrise Sunset.mp3 (4,067,653 bytes)
FileName: Peter Nero - Someone To Watch Over Me.mp3 (4,913,436 bytes)
FileName: Piano By Candlelight Stardust - Henry Mancini Medley- Charade-Moon River-The Sweetheart Tree-Days Of Wine And Roses.mp3 (7,687,651 bytes)
FileName: Rascal Flatts - Skin.mp3 (5,492,509 bytes)
FileName: Ray Anthony - The Shadow Of Your Smile - Days Of Wine And Roses -- Ray Anthony-George Shearing.mp3 (4,543,785 bytes)
FileName: Restless Heart - I'll Still Be Loving You = - Number One Country Love Songs(1).mp3 (5,208,380 bytes)
FileName: Rickie Lee Jones - Someone To Watch Over Me (Gilmore Girls Soundtrack).mp3 (4,928,812 bytes)
FileName: Roger Williams - Autumn Leaves.mp3 (2,963,458 bytes)
FileName: Sarah Brightman & Charlotte Church - Pie Jesu.mp3 (3,795,328 bytes)
FileName: Shalamar - The Second Time Around.mp3 (6,911,820 bytes)
FileName: Soccer - Maradona Hand Of God Goal 1986.mpg (2,236,396 bytes)
FileName: someone to watch over me - Mr. hollands opus.mp3 (3,082,683 bytes)
FileName: Someone to Watch Over Me.mp3 (2,808,201 bytes)
FileName: South Park - 804 - Passion of the Jew.wmv (55,102,374 bytes)
FileName: Stevie Wonder - Overjoyed.mp3 (3,539,072 bytes)
FileName: sugar ray - someday.mp3 (5,020,961 bytes)
FileName: Superchick - Beauty From Pain - 06 - Beauty From Pain.mp3 (6,456,622 bytes)
FileName: Terri Clark - Now That I Found You.mp3 (3,481,640 bytes)
FileName: The Days of Wine and Roses.mp3 (2,283,727 bytes)
FileName: The Game - The Documentary - 04 - Hate It Or Love It ft. 50 Cent.mp3 (5,104,632 bytes)
FileName: The Killers - All These Things Ive Done.mp3 (8,228,864 bytes)
FileName: The Moody Blues - On the Threshold of a Dream - 06 - So Deep Within

You.mp3 (3,642,548 bytes)
FileName: Tim Mcgraw - Just to see you smile.mp3 (3,408,526 bytes)
FileName: Toby Kieth - I Want to Talk About Me.mp3 (4,415,657 bytes)
FileName: Tony Bennett - Because Of You (1).mp3 (7,286,337 bytes)
FileName: Tony Bennett - Someone to Watch Over Me.mp3 (3,135,488 bytes)
FileName: Tony Bennett - The Shadow Of Your Smile.mp3 (5,271,223 bytes)
FileName: tsunami-indonesia12-2004.qt (3,768,357 bytes)
FileName: Ultra-Lounge - The Shadow Of Your Smile - Days Of Wine And Roses -- Ray Anthony-George Shearing.mp3 (4,544,512 bytes)
FileName: Usher - Bedtime.mp3 (4,563,952 bytes)
FileName: Usher - Come Back.mp3 (3,629,500 bytes)
FileName: Usher - My Way.mp3 (3,439,524 bytes)
FileName: Usher - Nice and Slow.mp3 (3,645,022 bytes)
FileName: Usher - One Day You'll Be Mine.mp3 (3,256,026 bytes)
FileName: Usher - Slow Jam ft Monica.mp3 (4,538,339 bytes)
FileName: Usher - You Make Me Wanna....(Extended Version).mp3 (5,118,874 bytes)
FileName: Usher - You Make Me Wanna.mp3 (3,559,308 bytes)
FileName: Usher -I Will.mp3 (3,701,383 bytes)
FileName: Usher- Just Like Me.mp3 (3,316,124 bytes)
FileName: Vivaldi's The Four Seasons - Spring.mp3 (6,632,385 bytes)
FileName: Wes Montgomery - The Shadow Of Your Smile.mp3 (2,188,980 bytes)
FileName: What A Wonderful World - Louis Armstrong.mp3 (2,272,086 bytes)
FileName: Wynton Marsalis - Autumn Leaves.mp3 (6,191,104 bytes)
FileName: You've Lost That Loving Feeling.mp3 (3,657,624 bytes)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PROVIDENCE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, | CIVIL ACTION FILE |
| Plaintiffs, | No. ______________________ |
| v. | |
| FRANK DUNGEY, | |
| Defendant. | |

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi Universal, S.A., a publicly traded French company.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Respectfully submitted,

DATED: May 23, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC