UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS, et al. | |
| Plaintiffs, | |
| v. | Case No. CA ***06*-241S** |
| FRANK DUNGEY, | |
| Defendant. | |

**AFFIDAVIT OF JAMES E. O'NEIL, ESQ. COUNSEL FOR THE PLAINTIFFS**

In re: Summons

I, James E. O'Neil, Esq., Counsel for the Plaintiffs, do hereby depose and state that on May 23, 2006 the above-captioned case was filed with the United States District Court for the District of Rhode Island. The Summons relating to the case was erroneously captioned the District of South Dakota, Providence Division as opposed to the District of Rhode Island. Significantly, the Returns of Service relating to the improperly captioned summons were never filed with the Court.

On June 21, 2006, I became aware of such fact and promptly notified Deputy Clerk Paula Farrell Pletcher. I also advised our Process Server to immediately refrain from serving any of the Complaints which were the subject of the May 23rd filing which had not yet been served.

On June 28, 2006 I presented the properly captioned summons in accord with Rule 4 of the Federal Rules of Civil Procedure to the Office of the Clerk of the United States District Court for the District of Rhode Island. I thereafter forwarded the properly captioned summon bearing the seal and signature of the Clerk to our Process Server to again serve the Complaints against all

named Defendants including those who had been served earlier with the improperly captioned summons and, of course, those who had not been served at all.

Subscribed to and sworn to under the pains and penalties of perjury this 27th day of June, 2006.

James E. O'Neil, Esq.

**State of Rhode Island,**
**Washington County**

At North Kingstown on the 27th day of June, 2006 then personally appeared before me the before named James E. O'Neil, Esq., to me known and known by me to be the person executing the foregoing instrument to be his free act and deed and having stated that the above affidavit is true to the best of his knowledge and information.

Notary Public
Printed Name: Casey M. Mentuccia
My Commission Expires On: 3/29/10