**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK DUNGEY,<br><br>Defendant. | Civil No. CA 06-241S<br><br>Judge William E. Smith |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully Submitted,

Dated: October 20, 2006

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** upon:

FRANK DUNGEY
136 Juniper Dr.
North Kingstown, RI 02852-4309

by United States mail, properly addressed and postage prepaid, on this _20th___ day of _October_____, 2006:

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)